UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) Case No. 18-30812-EDK |
| JOSEPH E. MADLIN | ) |
| Debtor | ) |
|  | ) |

## APPLICATION TO EMPLOY COUNSEL TO THE TRUSTEE

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

The Applicant, Gary M. Weiner, Esq., of Weiner Law Firm, P.C., respectfully represents:

1. On September 19, 2018, Joseph E. Madlin ("Debtor") filed a Chapter 7 bankruptcy petition with this Court.

2. On or about September 19, 2018, the Applicant was appointed as the Chapter 7 Trustee in this case and that he is the duly appointed and qualified Trustee in Bankruptcy in the above entitled proceedings.

3. Your Applicant requires the services of counsel for the following reasons:

    A. To undertake appropriate legal action for sale of all assets in a commercially reasonable manner as required by law and to commence any and all legal actions required in connection therewith.

    B. To prepare and execute all legal instruments required to effect sales of certain of Debtor's assets as may be allowed by the Court.

    C. To undertake legal action as may be required to determine the perfection of any and all secured claims in and to the assets or proceeds of the Debtors' property and more specifically as set forth in the Debtors' Schedules.

      D.      To undertake legal action to recover voidable preferences and fraudulent conveyances as may come to the attention of the Trustee.

      E.      To take legal action as may be required to defend the estate against claims for reclamation of property or proceeds thereof of the Debtor(s) which may be made by claimants thereto alleging rights superior to general creditors.

      F.      To take legal action as may be required to recover monies which may have been paid by the Debtor(s) to various parties as may be recovered pursuant to the Bankruptcy Code.

      G.      To commence legal action to collect outstanding accounts receivable as may be required.

      H.      To conduct examinations of the Debtor(s) and various witnesses as to the actions, conduct and property of the Debtor(s) herein.

      I.      To prepare numerous applications and reports, for which services an attorney may be necessary.

      J.      To assist the Trustee when necessary in the investigation to discover all possible assets and reduce the same to cash.

      K.      To undertake, as may be necessary, other actions required of counsel, upon matters which may hereinafter become known to your Applicant in the usual course of the administration of this estate.

Page 3

    4.    The firm of Weiner Law Firm, P.C. 1441 Main Street, Suite 610, Springfield, Massachusetts is comprised of attorneys qualified to act in these proceedings and said firm has no interest adverse to this Estate.

WHEREFORE, your Applicant, Gary M. Weiner, prays that he may be authorized to employ the said Weiner Law Firm, P.C. as counsel for the Trustee in these proceedings.

/s/ Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO # 548341
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. No. (413) 732-6840
GWeiner@weinerlegal.com
Date:   October 24, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 18-30812-EDK |
| JOSEPH E. MADLIN | |
| Debtor | |

# AFFIDAVIT PURSUANT TO FRBP 2014(a) AND MLBR 2014-1

1. I am an attorney duly admitted to practice in this Court and an attorney with the law firm of Weiner Law Firm, P.C., Attorneys at Law.

2. Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor.

3. My and my firm's connection with the debtor, any creditor, or other party in interest, their respective attorney and accountants is as follows: NONE. I am and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101 (14).

4. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case, except as follows: NONE.

5. I am not a relative of a judge of the U.S. Bankruptcy Court for the District of Massachusetts, nor a relative of the United States Trustee for said District.

6. I have not received a retainer in this case.

7. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

8. I have reviewed the provisions of MLBR 2016-1.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Gary M. Weiner, Esq.
Gary M. Weiner, Esq., BBO # 548341
WEINER LAW FIRM, P.C.
1441 Main Street, Suite 610
Springfield, MA 01103
Tel. No. (413) 732-6840
GWeiner@weinerlegal.com
Date:   October 24, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | ) Chapter 7 |
|  | ) Case No. 18-30812-EDK |
| JOSEPH E. MADLIN | ) |
| Debtor | ) |
|  | ) |

## CERTIFICATE OF SERVICE

    I, Gary M. Weiner, Esq. do hereby certify that on the 24th day of October, 2018, a copy of the foregoing Application to Employ Counsel to the Trustee and Affidavit was mailed via first class mail, postage pre-paid, or via electronic mail to the following:

Richard King, United States Trustee
USTPRegion01.WO.ECF@USDOJ.GOV

Debtor

Joseph E. Madlin
362 West Housatonic Street
Apt. 3C
Pittsfield, MA 01201


Debtor's Counsel

Jack E. Houghton, Jr.
Jhoughtonjr@aol.com


                                                                                                        /s/ Gary M. Weiner, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| In re | Chapter 7 |
| JOSEPH E. MADLIN | Case No. 18-30812-EDK |
| Debtor |  |

**ORDER ON APPLICATION TO EMPLOY COUNSEL TO THE TRUSTEE**

Upon consideration of the within Application to Employ Counsel to the Trustee, no adverse interests having been represented and sufficient reason appearing to me therefor, it is hereby

ORDERED, that the Application of Trustee, Gary M. Weiner, of Weiner Law Firm, P.C. to employ Weiner Law Firm, P.C. as counsel, be and is, hereby allowed. All compensation and fees will be subject to Court approval.

Dated:

_____
Honorable Elizabeth D. Katz
United States Bankruptcy Judge